# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOS TERAN, et. al.<br><br>Defendants. | Case No.: 21-cr-01414-DMS<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The parties jointly move to continue the motion hearing set for July 2, 2021, at 11:00 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8).

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendants in a speedy trial.

In addition, given the grave public-health concerns discussed in Order of the Chief Judge Nos. 18, 24, 27, 30, 33, 34, 40, 47, 50, 52, 52-A, 52-B, 52-C, 60, 63, 63-A, 63-B, and 63-C, the ends of justice served by a continuance in this case outweigh the best interest of the public and Defendants in a speedy trial. Failure to grant the continuance would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice. Failure to continue the case would also likely put counsel, parties, witnesses, and Court personnel at unnecessary risk. Due to the restrictions imposed by current public-health concerns it is also unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits. Thus, denial of a continuance is likely to deny all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that there are facts that support a continuance of the trial date or hearing date in this matter, and good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8).

IT IS ORDERED that the joint motion is granted. The motion hearing shall be continued to September 24, 2021 at 11:00 a.m.

IT IS FURTHER ORDERED that the time between the filing of the joint motion until September 24, 2021, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pretrial motions already filed.

DATED: June 28, 2021.

_____
The Honorable Dana M. Sabraw
United States Chief District Judge